UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGON OHLENDORF,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1-50, inclusive,<br><br>        Defendants. | Civil No. 06cv2046 LAB(RBB)<br><br>ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE |

The Court finds this case inappropriate for an early neutral evaluation conference in light of the notice filed by Defendant regarding the pending related Multi-District Litigation and the intent to seek transfer of this case to the Eastern District of Louisiana for coordinated proceedings. Accordingly, counsel shall participate in a telephonic case management conference with Magistrate Judge Ruben B. Brooks on <u>February 7, 2007, at 8:00 a.m</u> Counsel for Plaintiff is to initiate the call. The purpose of the conference is to set a timetable and schedule for future

1  proceedings and discovery and to explore possibilities for early
2  settlement.
3     IT IS SO ORDERED.

5  Dated:  September 25, 2006

6                                          RUBEN B. BROOKS
                                           United States Magistrate Judge

7  cc:  All Parties of Record